COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:     01-20-00208-CV

Style:                                    Sandeep Patel and ERCC Construction Company, LLC v.
Warwick Construction, Inc.

Trial Court Case Number:      14-DCV-219641

Trial Court:                           268th District Court of Fort Bend County

Type of Motion:                    Objection to Mediation

Party Filing Motion:               Appellee

Appellee has objected to mediation. The Court's mediation order dated March 30, 2020 is withdrawn.

Judge's signature: /s/ Peter Kelly _____
                              Acting individually

Date:  April 10, 2020

---

\*       Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**: Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).